

2014 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-25-2014

# Oliver Lawal v. Mark McDonald

Precedential or Non-Precedential: Non-Precedential

Docket 13-1881

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2014

Recommended Citation

"Oliver Lawal v. Mark McDonald" (2014). *2014 Decisions*. Paper 231.
http://digitalcommons.law.villanova.edu/thirdcircuit_2014/231

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2014 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1881
_____

OLIVER LAWAL; DAOSAMID BOUNTHISANE; GAZALI SHITTU,
Appellants

v.

MARK MCDONALD; WILLIAM RILEY; FREDERICK R. CHOW

_____

(E.D. Pa. No. 2-12-cv-03599)
_____

SUR PETITION FOR PANEL REHEARING
_____

Present: HARDIMAN, SHWARTZ and SCIRICA, <u>Circuit Judges</u>

The petition for rehearing filed by appellants and the answer filed by

appellees in the above-entitled case having been submitted to the judges who participated

in the decision of this Court, it is hereby O R D E R E D that the petition for rehearing by

the panel is granted. A revised opinion and judgment will be issued.

BY THE COURT,


<u>s/Patty Shwartz</u>
Circuit Judge

Dated: February 26, 2014
tmm/cc: Jim R. Ogorzalek, Esq.

Tillman J. Breckenridge, Esq.
Viveca D. Parker, Esq.
Tara A. Brennan, Esq.